# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Karen Sue Wilson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00053-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Marion Police Department | ) | |
| Mission McDowell Hospital | ) | |
| Marion Sheriff's Department | ) | |
| Wake Forest Baptist Hospital, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 4, 2019 Order.

March 4, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court